# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**ADTRAN, INC.,**<br><br>    **Defendant.** | **CASE NO. 2:15-cv-41-RWS-RSP**<br><br>**LEAD CASE** |
| **WETRO LAN LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**DIGITAL DATA COMMUNICATIONS GMBH,**<br><br>    **Defendant.** | **CASE NO. 2:15-cv-101-RWS-RSP** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Motion to Dismiss all claims without prejudice filed by Plaintiff Wetro Lan LLC, the Motion is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Wetro Lan LLC against Defendant Digital Data Communications GmbH, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**SIGNED this 14th day of March, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE